**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02099-REB-KMT

JOHN LANGE,

     Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14,
JOHN VASHAW, in his individual capacity,
JEANNETTE LEWIS,, in her individual capacity,
LARRY QUINTANA,, in his individual capacity,
HOLLY VASHAW, in her individual capacity,
JOHN ALBRIGHT, in her individual capacity,
JULIA AGAZIO, in her individual capacity,
REBECCA DICKMAN, in her individual capacity,
JOHN DOES 1 THROUGH 5, in their individual capacities, and
JANE DOES 1 THROUGH 5, in their individual capacities

     Defendants.

---

### ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#9]

filed October 19, 2009.  After careful review of the motion and the file, I conclude that the

motion should be granted and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion To Dismiss With Prejudice** [#9] filed October 19,

2009, is **GRANTED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE**.

     Dated October 20, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*

Robert E. Blackburn
United States District Judge