**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02099-REB-KMT

JOHN LANGE,

    Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14,
**ROBERT** VASHAW, in his individual capacity,
JEANNETTE LEWIS, in her individual capacity,
LARRY QUINTANA,, in his individual capacity,
HOLLY VASHAW, in her individual capacity,
JOHN ALBRIGHT, in her individual capacity,
JULIA AGAZIO, in her individual capacity,
REBECCA DICKMAN, in her individual capacity,
JOHN DOES 1 THROUGH 5, in their individual capacities, and
JANE DOES 1 THROUGH 5, in their individual capacities

    Defendants.

**ORDER GRANTING
UNOPPOSED MOTION TO AMEND CAPTION
OF OCTOBER 20, 2009, ORDER OF DISMISSAL**

**Blackburn, J.**

The matter before me is the **Unopposed Motion To Amend Caption of October 20, 2009 Order of Dismissal** [#11] filed November 10, 2009. After reviewing the motion and the **Order of Dismissal** [#10] entered October 20, 2009, I conclude that the motion should be granted and that the order of dismissal be amended to reflect the correct name of defendant, Robert Vashaw.[1] Thus, pursuant to Fed. R. Civ. P. 60(a), this order is entered to correct the clerical error in the **Order of Dismissal** [#10].

---

[1] The defendant, "Robert" Vashaw, was incorrectly identified in the **Order of Dismissal** [#10] entered October 20, 2009, as "John" Vashaw.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Amend Caption of October 20, 2009 Order of Dismissal** [#11] filed November 10, 2009, is **GRANTED**; and

2. That the court's **Order of Dismissal** [#10] entered October 20, 2009, is **AMENDED** to reflect the correct name of defendant, **Robert Vashaw**.

Dated November 12, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge